EVA GRIFFITH-PATTON *v.* DEPARTMENT OF
AGRICULTURE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 41 Conn. App. 911 (AC 14707), is denied.

*Eva C. Griffith*, pro se, in support of the petition.

Decided June 24, 1996

HEIDI MILNER *v.* STEVEN MILNER

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Steven Milner*, pro se, in support of the petition.

Decided July 1, 1996

FRANKLIN L. FRANK *v.* LEON E. COOPER ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 15617) is dismissed.

*Leon E. Cooper*, pro se, in support of the petition.

*Kevin L. Burns*, in opposition.

Decided July 1, 1996